IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (as subrogee of Bessie Jarrett)<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>UNITED STATES OF AMERICA (U.S. POST OFFICE) & LESLIE RICH<br><br>　　　　Defendants. | C.A. No. |

**PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S**
**<u>RULE 7.1. DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff State Farm Mutual Automobile Insurance Company discloses that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　SHIELDS & HOPPE LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Amanda L. H. Brinton*
　　　　　　　　　　　　　　　　　　　　Amanda L. H. Brinton (#4523)
　　　　　　　　　　　　　　　　　　　　521 North West Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 994 4049
　　　　　　　　　　　　　　　　　　　　abrinton@shieldsandhoppe.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

Dated: April 23, 2008