AO 440 (Rev.10/93) Summons in a Civil Action

# United States District Court

### District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Bessie Jarrett)

          Plaintiff,

v.

United States of America (U.S. Post Office) & Leslie Rich

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-239

TO: (Name and Address of Defendant)

Leslie Rich
1763 Forest Drive
Williamstown, NJ 08094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amanda L. H. Brinton, Esquire
521 North West Street
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

_Beth Ann_ (signature)
BY DEPUTY CLERK

4/30/08
DATE

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/12/08 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Leslie Rich by serving the Delaware Secretary of State located at 401 Federal Street Dover DE 19901. Service accepted by Catrina Harris at 12:19 A.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08
           Date

Signature of Server

15 East North Street Dover DE 19901
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 0 (Rev.10/93) Summons in a Civil Action

# United States District Court

### District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Bessie Jarrett)

Plaintiff,

v.

United States of America (U.S. Post Office) & Leslie Rich

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-239

TO: (Name and Address of Defendant)

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amanda L. H. Brinton, Esquire
521 North West Street
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK  Beth _____
BY DEPUTY CLERK

4/30/08
DATE

AO 440 (Rev.10/93) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE 5/12/08 |
| NAME OF SERVER (PRINT) BEN LOUGHEED || TITLE PROCESS SERVER |
| Check one box below to indicate appropriate method of service |||
| ☐ | Served personally upon the defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☒ | Other (specify): PERSONALLY SERVED UNITED STATES ATTORNEY'S OFFICE DISTRICT OF DELAWARE, PO BOX 2046, WILM DE 19899 AT 4:12 P.M. PERSON ACCEPTING: SHARON BRYAN ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/08
            Date

Signature of Server

Address of Server  230 N MARKET ST
                   WILM DE 19801

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.